UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CARLOS ORELLANA,<br>Defendant. | Case No. 17-cr-00396-SI-1(LB)<br>**DETENTION ORDER** |

For the reasons stated on the record, and identified in part in Pretrial Services' Form 8 charging violations of the terms of pretrial release, the court orders Mr. Orellana detained on the ground that on this record, there is a danger to the community and a serious risk of flight that cannot be addressed by conditions currently available to the court. Mr. Orellana cannot attend Options (as part of his recovery and transition from Newbridge), the halfway house apparently is no longer an option (given that Mr. Orellana left GeoCare), and home detention is not a viable alternative (for the reasons discussed on the record).

This decision is without prejudice to Mr. Orellana's revisiting the issue if he identifies conditions that the court can impose.

Accordingly, and under 18 U.S.C. § 3142(i), the court orders the following:

(1) The defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences

ORDER – No. 17-cr-00396-SI-1

or being held in custody pending appeal;

(2) The defendant must be afforded reasonable opportunity for private consultation with his counsel; and

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

Dated: January 17, 2019

_____
LAUREL BEELER
United States Magistrate Judge