UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, <br>         Plaintiff, <br>    v. <br> ORELLANA, <br>         Defendant. | Case No. 17-cr-00396-SI-1 <br><br> **ORDER RESCINDING MISTAKENLY ISSUED ARREST WARRANT** <br><br> Re: Dkt. No. 84 |

On March 7, 2024, after the Court filed an order granting a petition for summons for defendant, court staff mistakenly issued an arrest warrant for defendant. Dkt. No. 84. The Court hereby rescinds the arrest warrant issued at Docket Number 84.

**IT IS SO ORDERED**.

Dated: January 7, 2025

_____
SUSAN ILLSTON
United States District Judge